**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| GREG AKSELROD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL TRADE SUPPLY LLC D/B/A DISCOUNT FILTERS,<br><br>Defendant. | Case No. 2:26-cv-02503-JHC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Greg Akselrod, on his own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant National Trade Supply LLC d/b/a Discount Filters ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action is extended from July 23, 2026 to September 14, 2026.

If Defendant files a Motion to Dismiss, the Parties further agree that Plaintiff shall have 30 days to oppose, such that any opposition is due on October 14, 2026, and Defendant shall have 21 days to file a Reply, such that any reply is due on November 4, 2026.

Good cause exists for this requested extension. The action was originally filed in King County Superior Court and removed to this Court on July 15, 2026. Defendant requires additional time to evaluate the claims asserted in the Complaint, assess available defenses, and

determine the appropriate response.

This case is in its very early stages, and this is the Parties' first request for an extension. Granting the extension will allow Defendant adequate time to evaluate the allegations and legal issues presented in the Complaint.

Dated: August 11, 2026

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

raina@straussborrelli.com

*Attorneys for Plaintiff*
*Application for admission *pro hac vice* forthcoming

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
One Front Street, Floor 26
San Francisco, CA 94111
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Defendant National Trade Supply LLC d/b/a Discount Filters*

**ORDER**

IT IS SO ORDERED.

Dated this 12th day of August, 2026.

John H. Chun
United States District Judge